4/4/12
12CR68 Mclean Information

4/4/12
R. auxanden

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:12CR68(AVC) |
| v. | : | |
| TRAVAIL MCLEAN | : | 18 U.S.C. Section § 844(e) (Maliciously Conveying False Information) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about February 23, 2011, in the District of Connecticut, the defendant TRAVAIL MCLEAN, through the use of the telephone, maliciously conveyed false information knowing the same to be false, concerning an attempt to kill and injure individuals and unlawfully to damage and destroy buildings, by means of fire or an explosive, in or affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Section 844(e).

UNITED STATES OF AMERICA

DAVID B. FEIN
UNITED STATES ATTORNEY

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY